IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-386. |
| | ) | |
| RICARDO SANCHEZ-GONZALEZ | ) | |

**MOTION PERTAINING TO ISSUES OF JURISDICTION
AND VENUE**

*COMES NOW* Ricardo Sanchez-Gonzalez, the defendant, through his undersigned counsel, and submits this filing. During the detention hearing on October 27, 2005, undersigned on behalf of the defendant argued that the government did not have jurisdiction and venue in this case as all the evidence proffered as to Mr. Sanchez took place in Maryland. It is a well-established rule however that "a conspiracy prosecution may be brought in any district in which some overt act in furtherance of the conspiracy was committed by any of the co-conspirators." *United States v. Rosenberg*, 888 F.2d 1406, 1415 (D.C. Cir. 1989) and therefore, the analysis in this case goes beyond the mere acts allegedly committed by Mr. Sanchez.

Review of the government's Written Proffer In Support Of Detention ("Written Proffer"), which the government introduced during the hearing without objection, is *scant* of allegations that *any* alleged acts took place by co-conspirators as part of the conspirators.[1] Nevertheless, at this juncture, without conceding that there is proper

---

[1] The only apparent allegation in the Written Proffer of any acts of the charged conspiracy having taken place in the District of Columbia surrounds the stop and search of co-defendant Hunter after he supposedly met with co-defendant Jones at Jones' club called Levels located in the District of Columbia. According to paragraph 32 of the Written Proffer, recovered from Hunter that day was approximately 50 grams of cocaine powder. The apparent assertion the government is making is that Hunter met Jones at Levels

jurisdiction and venue, the defendant withdraws his motion without prejudice and requests leave to file a motion to dismiss the indictment due to lack of jurisdiction and/or venue after all <u>discovery</u> has been provided in this case.

Respectfully submitted,

ECA/

_____
Elita C Amato (Bar N° 442797)
1211 Conn. Ave., N.W., Suite 400
Washington, D.C. 20036
202.223.3210

ATTORNEY FOR SANCHEZ

**CERTIFICATE OF SERVICE**

**I CERTIFY** that this motion was filed through the electronic filing system thereby service was electronically filed to all parties in this matter this 31st day of October 2005.

ECA/

_____
Elita C. Amato

---

located in the District of Columbia where Jones supposedly provided Hunter with narcotics. Other than that alleged overt act the Written Proffer contains information of alleged acts of the conspiracy having taken place at different locations in Maryland. The only location searched in this case in the District of Columbia was the Levels Club, located according to the Written Proffer on 1960 Montana Ave., N.E., Washington, D.C.

2