### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 05-386 (ESH) |
| ) | |
| RICARDO SANCHEZ-GONZALEZ ) | |

### ORDER

Upon consideration of Defendant's Motion Pertaining to Issues of Jurisdiction and Venue, there being no opposition, it is this _____ day of _____, 2005, hereby

**ORDERED** that defendant Ricardo Sanchez-Gonzalez's Motion is granted; and it is further

**ORDERED** that the defendant has to leave to file a motion to dismiss the indictment based on jurisdiction and/or venue issues after all discovery in this case has been turned over to the defendant.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE