NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number 05-386

RICARDO SANCHEZ-
GONZALEZ
(Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:        (Please check one)

X    CJA            RETAINED            FEDERAL PUBLIC DEFENDER

_____
(SgnatGre)

PLEASE PRINT THE FOllOWING INFORMATION:

ELITA C. AMATO
_(Attorney & Bar I D NuniJer)

attorney at law
(Firm Name)

1211 Conn. Ave.,N.W., Suite 400
(Sreet Address)

Washington, D.C., 20036
(City)                (Sate)                (Zip)

202-223-3210
_(Telephone Number)