# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 05-CR-386 (ESH)** |
| | : | |
| **ANTOINE JONES** | : | |
| **ADRIAN JACKSON** | : | |
| **MICHAEL HUGGINS** | : | |
| **KEVIN HOLLAND** | : | |

## DEFENDANTS MOTION FOR ORDER DIRECTING WARDEN OF D.C. JAIL TO PROVIDE GREATER VARIETY OF LUNCH TO DEFENDANTS

Defendant Antoine Jones ("Jones"), by and through undersigned counsel, respectfully moves this Honorable Court for an Order directing the Warden of the District of Columbia Jail to provide a greater variety of lunch sandwiches to defendants during the duration of this trial. In support of this motion, undersigned counsel states as follows:

1. Defendants are currently in trial before the Court. Trial is expected to last until January 2007.

2. Defendants are currently provided a brown bag lunch by the D.C. Jail. The lunch is transported with the defendants from the jail every morning.

3. The brown bag lunch consists principally of a slice of cheese between two slices of bread. Because the defendants are in court all day, they do not have the opportunity to enjoy a more varied and nutritional diet as they would at the Jail.

4. Additionally, because defendants must sit relative still for long periods of time in court, and because cheese is a known constipating agent, some of the defendants have begun to experience gastric discomfort.

5. Upon information and belief, the D.C. Jail has the ability to provide a

more varied lunch for the defendants while the trial progresses.

    **WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Jones, on behalf of all defendants, respectfully requests the Court to issue an Order directing the Warden of the DC Jail to provide defendants with a greater variety of sandwiches during the pendency of trial in this matter.

Dated: Washington, DC
   October 26, 2006       Respectfully submitted,

           **LAW OFFICE OF A. EDUARDO BALAREZO**


      By:
        _____
        A. Eduardo Balarezo (Bar # 462659)
        400 Fifth Street, NW
        Suite 300
        Washington, DC  20001
        (202) 639-0999

        *Attorney for Defendant Antoine Jones*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th day of October 2006, I caused a true and correct copy of the foregoing Defendant's Motion for Order Directing Warden of DC Jail to Provide Greater Variety of Lunch to Defendants to be delivered to the parties in this matter via Electronic Case Filing.

_____
A. Eduardo Balarezo