UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-386 (ESH) |
| ) | -9 |
| ANTOINE JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In a hearing before Magistrate Judge John M. Facciola on June 22, 2006, defendant Ricardo Sanchez-Gonzalez entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant Sanchez-Gonzalez's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant Sanchez-Gonzalez's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 26, 2007