Go to Mike
Free party
1 Vicky number #
2 Killi's angels
3 Buck address, Buck number
4 Bryant # → Bow
5 Lule - Pork - 12
6 Derrick
7 Pauline
8 Youngin 77
9 Coop
10 Chris
Kat Derrick #
11 Tell Mike
12 called and see
16 Called Beverly 301 322-9046
Get her cell number
Karen will have it.
17 Ruel Bremea
307-66
18 Father #
A-1



1) Buck - Research
2) Ivie ?
3) Plime ?
4) Derrick ?
5) Bow ?

Oct 14

Donald Hunter ?
Mike wife ?

Kevin Ray - Carey
Donald Hunter
Harold Holden
Davon Howard
Tony B

202 Lye 479-2233

301 Nette 870-7884

Father
232 232 1567 ?

1) Deniece 301 893-0838 240 416-2249
2) Mike 301 885 0951
3) Adrien 301 423 0191
4) Tyrone 301 513-9449 Home
5) Tyrone 202 679-4611
6) Lawrence 301 6136293
7) Club Levels 202 269-0100
8) Niecey cell 240-416-2249
9) Antoine cell - 202 639-0999
10) DeB
11) Nette
12) Beluefkty 301 322-9046
13) Ivie 307-060 Rock Bremen

298 9365

DeB 301 809 0978 240 381 1424 202 295 4516 #235

A. Eduardo Baltrac

Mike Lee 240 3464889

202 391-9206 Nette Niecey

A-2

Beverly Johnson
1918 Village Green Dr.
Hyattsville MD 20785

USA 37

Antoine Jones
241-912
1901 D St SE
Washington DC
20003

(3)

5E2/46

A-3

Hey
It's me Beverly. Miss You! I guess things didn't work out like I wanted them too. I receive your letter Tuesday 6th. I waited all night hoping you where going to knock on my door Wednesday night. But coming home thursday after seven and see that you call, I knew you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going on, I wanted to come to court but I know your wife was going to be there and I did not

A-4

wanted to look strange. But I care! I see you calling me but a good time to call is after seven P.m Monday thur Saturday and starting December after 8:00 pm because of X-mas. You know my job its finish until all the mail is deliver,

The information on Donald Hunter. He is in NE 2. yes he's over there and Kevin Rey is bald head and he's on the street last they know. Something else. I remember when he had a big case and they or the word was going around that he's been snitching because he seem to come home on them Now I'm sitting here hoping you call before your phone time is up

Take Care
Because I Care
Beverly

A-5