HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-386-09</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| SANCHEZ-GONZALEZ, Ricardo | : | Disclosure Date: <u>January 24, 2008</u> |

FEB **2 9** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## <u>RECEIPT AND ACKNOWLEDGMENT OF</u>
## <u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### <u>For the Government</u>

(CHECK APPROPRIATE BOX)
- ( )  There are no material/factual inaccuracies therein.
- ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                          **Date**

### <u>For the Defendant</u>

(CHECK APPROPRIATE BOX)
- ( )  There are no material/factual inaccuracies therein.
- ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment

_____          _____
**Defendant**            2-6-08     **Defense Counsel**          1-6-08
                      **Date**                                      **Date**

## <u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 7, 2008**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number (202) 565-1348, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

# ELITA C. AMATO
### Attorney at Law
-----------------------------------
2009 N. Fourteenth Street, Suite 708
Arlington, Virginia 22201
(703) 522-5900

LICENSED IN DC, MD & PA                (703) 522-1250 (fax.)                Amato.law@Comcast.net

7 February 2008

Sent via facsimile: (202) 565-1348

Ms. Renee Moses-Gregory
United States Probation Officer
Washington, D.C.

> re:     *United States v.Ricardo Sanchez-Gonzalez*
>         *Crim No. 05-386-09*

Dear Ms. Moses-Gregory:

The following are corrections and additions to the preliminary pre-sentence investigation
report.

**Release Status**: Please note that once the defendant was arrested he was not released.
He has been detained since his arrest of October 24, 2005.

Identifying Data.
Telephone #:                          (residence telephone number in Mexico)

## PART A. THE OFFENSE

### Offense Level Computation

Paragraph # 14:
Mr. Sanchez-Gonzalez warrants a reduction for his minor role pursuant to U.S.S.G.
§§B1.2. Mr. Sanchez-Gonzalez was less culpable than the other participants, he had less
knowledge about the criminal activity, his involvement was at the behest and bequest of
others. He followed their orders and lead. He had no communications with the American
participants, neither making telephone calls or otherwise dealing with them. He did not
set the prices, nor the quantities, nor the times of any transactions. He merely counted
money and helped if asked to partake in other activities. He did not rent the houses
where they stayed nor engage in any decision making activity. He got involved with this
group of people because of his work in transporting vehicles. He did not seek out to

work in assisting drug dealers but rather it was due to his legitimate work that he came into contact with these other individuals who then asked for his assitance

Paragraph #19:
Please change to reflect reduction for his minor role.


## PART C. OFFENDER CHARACTERISTICS

### Personal and Family Data

Paragraph # 30:
Mr. Sanchez-Gonzalez continued to enter this country with his border crossing card which was valid and to date. Law enforcement seized this card along with his other belongings at the time of his arrest.

### Employment Record

Paragraph # 38/39:
Please take out the sentences regarding discussions between the defendant and his counsel. As is written in paragraph #39, Mr. Sanchez-Gonzalez worked as a driver until his arrest. He transported cars, trucks and vehicle parts from the United States to Mexico until his arrest. The amount of his compensation depended on the distance he traveled to bring the vehicles back to Mexico. The least he made for his services was $200.00 which was basically for simple boarder crossings. The most he was paid was between $800.00-$1000.00 for distances of travel from Delaware back to Mexico.
For the past year, Mr. Sanchez-Gonzalez has been employed while incarcerated. He works in the recreation yard at the D.C. jail. He is paid monthly for this work. (attached are records of payment).


## PART D: SENTENCING OPTIONS

### Custody

Paragraph # 46:
Guideline Provisions: Please change to reflect a reduction for minor role

Thank you for your consideration. Please call me if you have any questions.

Sincerely,

Elita C. Amato

Cc: Rachel C. Lieber

2

# Inmate Account Summary Report
## District of Columbia Central Detention Facility

Today's Date  01/14/2008

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SANCHEZ-GONZALES | RICARDO | | | 2005-14662 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 02/11/2007 18:31 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 2.34 | 0.00 | 4179634 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/13/2007 12:04 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 1.21 | 0.00 | 4191567 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/13/2007 12:04 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 1.14 | 0.00 | 4191568 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/13/2007 12:04 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM STATE TAX | 1.14 | 0.00 | 4191569 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/02/2007 08:32 | Deposit | 21.00 | 22 PAY | JAC005 | ITI DEBIT SYSTEM FEDERAL TAX | 22.14 | 0.00 | 4305139 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/02/2007 20:37 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 21.01 | 0.00 | 4318693 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/02/2007 20:37 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM STATE TAX | 20.94 | 0.00 | 4318694 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/02/2007 20:37 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 20.94 | 0.00 | 4318695 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/03/2007 17:26 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 19.81 | 0.00 | 4320666 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/03/2007 17:26 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM STATE TAX | 19.74 | 0.00 | 4320667 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/03/2007 17:26 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 19.74 | 0.00 | 4320668 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/03/2007 17:36 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 18.61 | 0.00 | 4320830 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/03/2007 17:36 | Withdrawal | -.07 | ITC | | ITI DEBIT SYSTEM STATE TAX | 18.54 | 0.00 | 4320831 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility

Today's Date: 07/14/2008

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SANCHEZ-GONZALES | RICARDO | | | 2005-14682 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/24/2007 20:50 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 78.23 | 0.00 | 5016845 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 05/25/2007 10:11 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 77.10 | 0.00 | 5029982 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/26/2007 10:11 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 76.99 | 0.00 | 5029983 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/26/2007 10:11 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 76.99 | 0.00 | 5029984 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/26/2007 10:25 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 75.88 | 0.00 | 5030127 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/26/2007 10:25 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 75.75 | 0.00 | 5030128 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/26/2007 10:25 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 75.75 | 0.00 | 5030129 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/27/2007 20:56 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 74.62 | 0.00 | 5046126 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/27/2007 20:56 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 74.51 | 0.00 | 5046127 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/27/2007 20:56 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 74.51 | 0.00 | 5046129 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 05/27/2007 1:56 | Withdrawal | -3.05 | 98 | | SCANNED CANTEEN | 71.46 | 0.00 | 5057362 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 05/30/2007 16:17 | Deposit | 21.00 | 22 | PAY | SCANNED CANTEEN | 92.46 | 0.00 | 5066785 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 06/04/2007 20:54 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 91.33 | 0.00 | 5111637 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

**Inmate Account Summary Report**
**District of Columbia Central Detention Facility**

Page 107 of 124

Today's Date  01/14/2008

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SANCHEZ/GONZALES | RICARDO | | | 2005-14682 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 06/21/2007 21:14 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 54.94 | 0.00 | 5269540 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/21/2007 21:14 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 54.94 | 0.00 | 5269541 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/21/2007 21:29 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 53.81 | 0.00 | 5268867 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/21/2007 21:29 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 53.70 | 0.00 | 5268866 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 06/21/2007 21:29 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 53.70 | 0.00 | 5268869 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/25/2007 10:50 | Deposit | 28.00 | 22 | PAY | | 81.70 | 0.00 | 5297853 | |
| Authorizing Employee: | JAC005 | | | | Document Locator Number: | | | | |
| 07/02/2007 11:55 | Withdrawal | -9.10 | 33 | | SCANNED CANTEEN | 72.60 | 0.00 | 5363567 | |
| Authorizing Employee: | SUMA010 | | | | SCANNED CANTEEN | | | | |
| 07/07/2007 21:10 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 71.47 | 0.00 | 5402845 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 21:10 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 71.36 | 0.00 | 5402846 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 21:10 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 71.36 | 0.00 | 5402847 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 21:36 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 70.23 | 0.00 | 5403126 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 21:36 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 70.12 | 0.00 | 5403127 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 21:36 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 70.12 | 0.00 | 5403128 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility

Today's Date: 01/14/2008

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SANCHEZ-GONZALES | RICARDO | | | 2005-14692 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2007 21:41 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 68.99 | 0.00 | 5403459 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 21:41 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 68.88 | 0.00 | 5403459 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 21:41 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 68.88 | 0.00 | 5403460 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 22:03 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 67.75 | 0.00 | 5404656 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 22:03 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 67.64 | 0.00 | 5404657 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/07/2007 22:03 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 67.64 | 0.00 | 5404658 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/29/2007 20:43 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 66.51 | 0.00 | 5602038 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/29/2007 20:43 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 66.40 | 0.00 | 5602039 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/29/2007 20:43 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 66.40 | 0.00 | 5602040 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 07/31/2007 10:32 | Deposit | 21.00 | 22 | PAY | | 87.40 | 0.00 | 5614979 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 07/31/2007 11:21 | Withdrawal | -19.40 | 38 | | SCANNED CANTEEN | 68.00 | 0.00 | 5615720 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 08/14/2007 10:20 | Withdrawal | -5.20 | 38 | | SCANNED CANTEEN | 62.80 | 0.00 | 5687421 | |
| Authorizing Employee: SUM010 | | | | | Document Locator Number: | | | | |
| 08/15/2007 17:12 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 61.67 | 0.00 | 5704392 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility

Today's Date: 01/14/2008

Last Name: SANCHEZ-GONZALES   First Name: RICARDO   Middle Name:   Affix:   Booking#: 2005-14682

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 03/12/2007 17:12 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 61.56 | 0.00 | 5704393 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/15/2007 17:12 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 61.56 | 0.00 | 5704394 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/15/2007 17:16 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 60.43 | 0.00 | 5704474 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/15/2007 17:16 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 60.32 | 0.00 | 5704475 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/15/2007 17:16 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 60.32 | 0.00 | 5704476 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/15/2007 17:32 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 59.19 | 0.00 | 5704745 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/15/2007 17:32 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 59.08 | 0.00 | 5704746 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/15/2007 17:32 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 59.08 | 0.00 | 5704747 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 03/21/2007 12:20 | Withdrawal | -2.90 | 36 | | SCANNED CANTEEN | 56.13 | 0.00 | 5762173 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 03/28/2007 11:46 | Withdrawal | -10.30 | 38 | | SCANNED CANTEEN | 45.88 | 0.00 | 5824845 | |
| Authorizing Employee: SUM010 | | | | | Document Locator Number: | | | | |
| 03/31/2007 07:06 | Deposit | 21.00 | 22 | PAY | | 66.88 | 0.00 | 5850756 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 04/04/2007 16:39 | Withdrawal | -10.40 | 38 | | SCANNED CANTEEN | 56.48 | 0.00 | 5892496 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 09/10/2007 15:20 | Deposit | 20.00 | 20 | MAIL | REYES | 76.48 | 0.00 | 5919211 | |
| Authorizing Employee: ALL015 | | | | | Document Locator Number: 307062 | | | | |

**Inmate Account Summary Report**
**District of Columbia Central Detention Facility**

Today's Date: 01/14/2008

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SANCHEZ-GONZALES | RICARDO | | | 2005-14662 |

| Trans Date-Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/11/2007 14:36 | Withdrawal | -6.00 | 38 | | SCANNED CANTEEN | 70.48 | 0.00 | 5953740 | |
| Authorizing Employee: | SUM010 | | | | Document Locator Number: | | | | |
| 09/18/2007 15:12 | Withdrawal | -14.95 | 38 | | SCANNED CANTEEN | 55.53 | 0.00 | 6013476 | |
| Authorizing Employee: | SUM010 | | | | Document Locator Number: | | | | |
| 09/24/2007 09:28 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 54.40 | 0.00 | 6067569 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/24/2007 09:28 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 54.29 | 0.00 | 6067570 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/24/2007 09:28 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 54.29 | 0.00 | 6067571 | |
| Authorizing Employee | | | | | Document Locator Number: | | | | |
| 09/25/2007 09:44 | Deposit | 21.00 | 22 | PAY | | 75.29 | 0.00 | 6076287 | |
| Authorizing Employee: | JAC005 | | | | Document Locator Number: | | | | |
| 06/25/2007 10:34 | Withdrawal | -10.20 | 38 | | SCANNED CANTEEN | 65.09 | 0.00 | 6078185 | |
| Authorizing Employee: | SUM010 | | | | Document Locator Number: | | | | |
| 10/03/2007 16:50 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 63.96 | 0.00 | 6151225 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 10/03/2007 16:50 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 63.85 | 0.00 | 6151227 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 10/03/2007 16:50 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 63.85 | 0.00 | 6151223 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 10/03/2007 17:06 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 62.72 | 0.00 | 6151344 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 10/03/2007 17:06 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 62.61 | 0.00 | 6151345 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 10/03/2007 17:06 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 62.61 | 0.00 | 6151346 | |
| Authorizing Employee | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility

Today's Date: 01/14/2008

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SANCHEZ GONZALES | RICARDO | | | 2005-14692 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 11/25/2007 14:07 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 92.88 | 0.00 | 6718432 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 11/25/2007 14:24 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 92.75 | 0.00 | 6718675 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 11/26/2007 14:24 | Withdrawal | .11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 92.64 | 0.00 | 6718676 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 11/26/2007 14:24 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 92.64 | 0.00 | 6718677 | |
| Authorizing Employee | | | | | Document Locator Number: | | | | |
| 11/27/2007 08:02 | Withdrawal | -10.10 | 38 | | SCANNED CANTEEN | 82.54 | 0.00 | 6723509 | |
| Authorizing Employee | | | | | SCANNED CANTEEN | | | | |
| 11/27/2007 12:59 | Deposit | 28.00 | 22 | PAY | | 110.54 | 0.00 | 6726651 | |
| Authorizing Employee: | JAC005 | | | | Document Locator Number: | | | | |
| 11/30/2007 19:30 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 109.41 | 0.00 | 6765060 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 11/30/2007 19:30 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 109.30 | 0.00 | 6765060 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 11/30/2007 19:30 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 109.30 | 0.00 | 6765061 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 11/30/2007 21:04 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 108.17 | 0.00 | 6766154 | |
| Authorizing Employee | | | | | Document Locator Number: | | | | |
| 11/30/2007 21:04 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 108.06 | 0.00 | 6766155 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 11/30/2007 21:04 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 108.06 | 0.00 | 6766155 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/04/2007 10:16 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 106.93 | 0.00 | 6780376 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility

Today's Date: 01/14/2008

Page 120 of 124

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SATTERFIELD-GONZALES | RICARDO | | | 2005-146862 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt# | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 12/25/2007 21:15 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 66.33 | 0.00 | 7021091 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/25/2007 21:15 | Withdrawal | .02 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 66.33 | 0.00 | 7021092 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/26/2007 21:31 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 65.20 | 0.00 | 7021481 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/26/2007 21:31 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 65.09 | 0.00 | 7021482 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/26/2007 21:31 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 65.09 | 0.00 | 7021483 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/27/2007 09:06 | Deposit | 28.00 | 22 | PAY | | 93.09 | 0.00 | 7023759 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 1/27/2007 11:46 | Withdrawal | -6.55 | 38 | | SCANNED CANTEEN | 86.54 | 0.00 | 7026463 | |
| Authorizing Employee: JAC006 | | | | | Document Locator Number: | | | | |
| 01/31/2008 12:25 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 85.41 | 0.00 | 7084283 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 01/31/2008 12:25 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 85.30 | 0.00 | 7084284 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 01/01/2008 12:25 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 85.30 | 0.00 | 7084285 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 01/02/2008 11:46 | Withdrawal | -3.05 | 36 | | SCANNED CANTEEN | 82.25 | 0.00 | 7096130 | |
| Authorizing Employee: SUM010 | | | | | Document Locator Number: | | | | |
| 01/02/2008 12:46 | Withdrawal | .60 | CRV | | COMMISSARY SUMMARY POSTING | 82.65 | 0.00 | 7097456 | |
| Authorizing Employee: SUM010 | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 01/02/2008 17:37 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 81.72 | 0.00 | 7101163 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility

Today's Date: 01/14/2008

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SANCHEZ GONZALES | RICARDO | | | 2005-14662 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 12/26/2007 21:15 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 86.33 | 0.00 | 7021091 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/26/2007 21:15 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 86.33 | 0.00 | 7021092 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/26/2007 21:31 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 85.20 | 0.00 | 7021481 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/26/2007 21:31 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 85.09 | 0.00 | 7021482 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/26/2007 21:31 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 85.09 | 0.00 | 7021483 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 12/27/2007 09:05 | Deposit | 28.00 | 22 | PAY | | 93.09 | 0.00 | 7023759 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 12/27/2007 11:49 | Withdrawal | -6.55 | 36 | | SCANNED CANTEEN | 86.54 | 0.00 | 7026483 | |
| Authorizing Employee: JAC005 | | | | | Document Locator Number: | | | | |
| 01/01/2008 12:25 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 85.41 | 0.00 | 7084283 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 01/01/2008 12:25 | Withdrawal | -.11 | ITC | | ITI DEBIT SYSTEM STATE TAX | 85.30 | 0.00 | 7084284 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 01/01/2008 12:25 | Withdrawal | .00 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 85.30 | 0.00 | 7084285 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 01/02/2008 11:56 | Withdrawal | 3.05 | 38 | | SCANNED CANTEEN | 82.25 | 0.00 | 7096130 | |
| Authorizing Employee: SUM010 | | | | | Document Locator Number: | | | | |
| 01/02/2008 12:46 | Withdrawal | .60 | CRV | | COMMISSARY SUMMARY POSTING | 82.85 | 0.00 | 7097456 | |
| Authorizing Employee: SUM010 | | | | | Document Locator Number: | | | | |
| 01/02/2008 17:37 | Withdrawal | -1.13 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 81.72 | 0.00 | 7101183 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |